IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*,  )<br>)<br>)<br>)<br>Plaintiffs,    )<br>)<br>vs.    )<br>)<br>SHUBH HOTELS DETROIT, LLC, d/b/a SHERATON DETROIT RIVERSIDE HOTEL, a Michigan limited liability corporation, f/k/a HOTEL PONTCHARTRAIN,    )<br>)<br>)<br>)<br>Defendant.    ) | CIVIL ACTION<br><br>NO. 08 C 2764<br><br>JUDGE PALLMEYER |

**NOTICE TO SECRETARY OF TREASURY OF COMPLAINT
FOR COLLECTION OF DELINQUENT CONTRIBUTIONS**

Plaintiffs, The Hotel Employees and Restaurant Employees International Union Welfare Fund, et al., pursuant to 29 U.S.C. §1132(h), hereby provide Notice that a Complaint has been filed on May 13, 2008 in the above-captioned action, a true copy of the Complaint being attached hereto and served upon you.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Shubh Hotels\notice - sec'y of treasury.lmf.df.wpd

## **CERTIFICATE OF SERVICE**

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by Certified Mail/Return Receipt Requested (No. 7004 2510 0001 9545 5266) to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 14th day of May 2008:

     United States Secretary of Treasury
     Main Treasury
     15th and Pennsylvania Avenue, N.W.
     Room 3330
     Washington, DC  20220


             /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Shubh Hotels\notice - sec'y of treasury.lmf.df.wpd