IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*, )<br>)<br>)<br>) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 08 C 2764 |
| vs. ) | |
| ) | JUDGE PALLMEYER |
| SHUBH HOTELS DETROIT, LLC, d/b/a SHERATON DETROIT RIVERSIDE HOTEL, a Michigan limited liability corporation, f/k/a HOTEL PONTCHARTRAIN, )<br>)<br>)<br>) | |
| Defendant. ) | |

**NOTICE TO SECRETARY OF LABOR OF COMPLAINT
FOR COLLECTION OF DELINQUENT CONTRIBUTIONS**

Plaintiffs, The Hotel Employees and Restaurant Employees International Union Welfare Fund, et al., pursuant to 29 U.S.C. §1132(h), hereby provide Notice that a Complaint has been filed on May 13, 2008 in the above-captioned action, a true copy of the Complaint being attached hereto and served upon you.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Shubh Hotels\notice - sec'y of labor.lmf.df.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by Certified Mail/Return Receipt Requested (No. 7004 2510 0001 9545 5259) to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 14th day of May 2008:

                United States Secretary of Labor
                United States Department of Labor
                Frances Perkins Building
                200 Constitution Avenue, NW
                Washington, DC   20210


                /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Shubh Hotels\notice - sec'y of labor.lmf.df.wpd