AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

THE HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES INTERNATIONAL UNION
WELFARE FUND, et al.

CASE NUMBER: 08CV2764

V.

ASSIGNED JUDGE: JUDGE PALLMEYER

SHUBH HOTELS DETROIT, LLC, d/b/a SHERATON
DETROIT RIVERSIDE HOTEL, a Michigan limited
liability corporation, f/k/a HOTEL PONTCHARTRAIN

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Shubh Hotels Detroit, LLC, d/b/a Sheraton Detroit Riverside Hotel
c/o Bruce A. Sucher, Registered Agent
5777 W. Maple Road, Suite 180
West Bloomfield, MI 48322-4448

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura M. Finnegan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_/s/ signature_

(By) DEPUTY CLERK

May 13, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6-13-08 |
| NAME OF SERVER (PRINT) Shawn Stankowich | TITLE OCSD Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Tina Pheney, registered agent for Sheraton Detroit Hotel @ 5777 W Maple #180 W. Bloomfield

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 20 | 10 | 30 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-13-08
                   Date                Signature of Server

Address of Server: 1200 N. Telegraph, Pontiac, MI

MAUREEN V. HOWALD
NOTARY PUBLIC-STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires AUG. 3, 201_
Acting in the County of Oakland

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.