UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

THE HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES INTERNATIONAL UNION
WELFARE FUND, et al

    Plaintiff,

vs          HONORABLE REBECCA PALLMEYER
                 CASE NO.: 08-cv-2764

SHUBH HOTELS DETROIT, L.L.C. d/b/a
SHERATON DETROIT RIVERSIDE HOTEL, et al,

    Defendant
_____/

| Laura M. Finnegan | Berton K. May |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| Baum, Sigman, Auerbach & Neuman, Ltd. | May & Sucher, PLLC |
| 200 West Adams Street, Suite 2200 | 5777 W. Maple Road, Suite 180 |
| Chicago, IL 60606 | West Bloomfield, Mi 48322 |
| 312.236.4316 | 248.626.5555 |
| lmfinnegan@baumsigman.com | bkmay@maysucher.com |

_____/

## APPEARANCE PRO HAC VICE

      MAY & SUCHER, PLLC, by Berton K. May, through Authority Granted by this Court on June 24, 2008 (docket item 12) hereby files this Appearance on behalf of Defendant SHUBH HOTELS DETROIT, L.L.C. d/b/a SHERATON DETROIT RIVERSIDE HOTEL.  Request is made for copies of all notices in this case.

                MAY & SUCHER, P.L.L.C.

                /S/ Berton K. May
                BERTON K. MAY
                Attorney for Defendant
                5777 W. Maple Road, Ste. 180
                West Bloomfield, MI  48322
                (248) 626-5555
                bkmay@maysucher.com

DATED:  July 8, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

THE HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES INTERNATIONAL UNION
WELFARE FUND, et al

       Plaintiff,
vs                    HONORABLE REBECCA PALLMEYER
                             CASE NO.:  08-cv-2764

SHUBH HOTELS DETROIT, L.L.C. d/b/a
SHERATON DETROIT RIVERSIDE HOTEL, et al,

       Defendant
_____/

| Laura M. Finnegan | Berton K. May |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| Baum, Sigman, Auerbach & Neuman, Ltd. | May & Sucher, PLLC |
| 200 West Adams Street, Suite 2200 | 5777 W. Maple Road, Suite 180 |
| Chicago, IL 60606 | West Bloomfield, Mi 48322 |
| 312.236.4316 | 248.626.5555 |
| lmfinnegan@baumsigman.com | bkmay@maysucher.com |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel and parties who have appeared electronically in this matter.

                        /s/   Berton K. May
                        Berton K. May (P42317)
                        5777 W. Maple Road, Suite 180
                        West Bloomfield, MI 48322
                        (248) 626-5555
                        bkmay@maysucher.com