

**FILED**
JUL 16 2008
Jul 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

THE HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES INTERNATIONAL UNION
WELFARE FUND, et. al.

    Plaintiff,

vs

SHUBH HOTELS DETROIT, L.L.C. d/b/a
SHERATON DETROIT RIVERSIDE HOTEL,
et. al.

    Defendant

HONORABLE REBECCA PALLMEYER
CASE NO: 08-cv-2764

---

| | |
|---|---|
| Laura M. Finnegan<br>Attorney for Plaintiff<br>Baum, Sigman, Auerbach & Neuman, Ltd.<br>200 West Adams Street, Suite 2200<br>Chicago, IL 60606<br>(312) 236-4316<br>lmfinnegan@baumsigman.com | Christine Piatkowski, P.L.C.<br>Attorney for Defendant<br>P.O. Box 1054<br>Brighton, MI 48116<br>(810) 231-2628<br>piatkowski.law@chartermi.net |

---

### APPEARANCE AS DESIGNATED LOCAL COUNSEL

    CHRISTINE PIATKOWSKI, P.L.C., hereby enters her appearance as designated local counsel on behalf of Defendant, SHUBH HOTELS DETROIT, L.L.C. d/b/a SHERATON DETROIT RIVERSIDE HOTEL in the above action.

Dated: July 11, 2008

                                      Christine Piatkowski, P.L.C.
                                      Attorney for Defendant
                                      P.O. Box 1054
                                      Brighton, MI 48116
                                      (810) 231-2628
                                      piatkowski.law@chartermi.net



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

THE HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES INTERNATIONAL UNION
WELFARE FUND, et. al.

    Plaintiff,                    HONORABLE REBECCA PALLMEYER
                                        CASE NO: 08-cv-2764

vs

SHUBH HOTELS DETROIT, L.L.C. d/b/a
SHERATON DETROIT RIVERSIDE HOTEL,
et. al.

    Defendant

| Laura M. Finnegan | Berton K. May |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| Baum, Sigman, Auerbach & Neuman, Ltd. | May & Sucher, PLLC |
| 200 West Adams Street, Suite 2200 | 5777 W. Maple Road, Suite 180 |
| Chicago, IL 60606 | West Bloomfield, MI 48322 |
| (312) 236-4316 | bkmay@maysucher.com |
| lmfinnegan@baumsigman.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I filed the foregoing paper(s) with the Clerk of the Court by certified mail and by first class mail to the above-named legal counsel at their respective addresses, said papers being described as follows:

    (a)    Appearance as Designated Local Counsel

    (b)    Certificate of Service

                                                Christine Piatkowski, P.L.C.
Dated: July 11, 2008                 Attorney for Defendant
                                                P.O. Box 1054
                                                Brighton, MI 48116
                                                (810) 231-2628
                                                piatkowski.law@chartermi.net