## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

The Hotel Employees and Restaurant Employees
International Union Welfare Fund, et al.

                                        Plaintiff,

v.                                       Case No.:
                                        1:08−cv−02764
                                        Honorable Rebecca R.
                                        Pallmeyer

Shubh Hotels Detroit, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: At the request of counsel, Discovery Hearing set for 8/13/2008 is stricken and reset to 7/28/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.