IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*, | ) ) ) ) ) |
| Plaintiffs, | ) Judge Pallmeyer ) |
| vs. | ) No. 08 C 2764 ) |
| SHUBH HOTELS DETROIT, LLC, d/b/a SHERATON DETROIT RIVERSIDE HOTEL, a Michigan limited liability corporation, f/k/a HOTEL PONTCHARTRAIN, | ) ) ) ) |
| Defendant. | ) |

REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f) a meeting was held on July 10, 2008 at 5777 West Maple Road, Suite 180, West Bloomfield, Michigan and was attended by Laura M. Finnegan for Plaintiffs and Berton K. May for Defendant.

2. The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed only on the issue of what amounts are due the Plaintiff Funds. The parties agree that some amounts are due and are working on trying to discover the totals due.

    b. Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) are to be made by August 15, 2008. All discovery is to be commenced in time to be completed by October 31, 2008.

    c. The parties hope to come to an agreement with regard to amounts due and owing under an audit, but in case the parties cannot reach an agreement as to the audited amounts,

they would expect depositions of the accountants who performed the audit for the Plaintiffs and any of Defendant's accountants/auditors who reviewed and disputed the amounts Plaintiffs claim due. Each party reserves the right to designate the accountants or auditors as experts. Plaintiffs have already produced the audit to Defendant. Plaintiffs will disclose the name of the auditor with their 26(a)(1) disclosures so that he/she is available for deposition in time to be completed by October 31, 2008. Likewise, Defendant will disclose the name of its accountant/auditor so that he/she is available for depositions in time to be completed by October 31, 2008.

        d.        The parties do not anticipate adding or joining parties to the lawsuit.

        e.        All potentially dispositive motions should be filed by December 5, 2008.

3.        Parties do not consent unanimously to proceed before a Magistrate Judge.

| s/Laura M. Finnegan<br>Laura M. Finnegan<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 West Adams Street<br>Suite 2200<br>Chicago, IL 60606<br>(312) 236-4316 | s/Berton May<br>Berton May<br>May & Sucher<br>5777 W. Maple Road, Suite 180<br>West Bloomfield, MI 48322<br>(248) 626-5355 |
|---|---|